[No. 3518-1.    Division One.    November 22, 1976.]

PREPAKT CONCRETE COMPANY, *Appellant*, v. THE TRINITY CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 776451, George H. Revelle, J., entered December 9, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.

[No. 3717-1.    Division One.    November 22, 1976.]

BENJAMIN P. COLBY, *Respondent*, v. KATHLEEN COLBY, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. D-24773, George H. Revelle, J., entered March 27, 1975. *Dismissed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3720-1.    Division One.    November 22, 1976.]

DAVID BOLIN, *Respondent*, v. SECURITY PACIFIC, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 769082, Robert M. Elston, J., entered March 11, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Williams, C.J., and Farris, J.

[No. 3788-1.    Division One.    November 22, 1976.]

MICHAEL SHAFFER, ET AL, *Respondents*, v. FARMERS INSURANCE COMPANY OF WASHINGTON, ET AL, *Defendants*, WESTERN INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 785336, James J. Dore, J., entered April 8, 1975. *Affirmed* by unpublished per curiam opinion.